# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No.: **06-cv-01408-AP**

**HAROLD R. BAILEY** *(deceased)*,

                Plaintiff,

vs.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**,

                Defendant.

## ORDER OF DISMISSAL

The matter before the Court is the Unopposed Motion to Dismiss with Costs (doc. #5), filed October 31, 2006. The Court being fully advised in the premises, hereby grants the Motion, with costs of $350.00 to be paid to Plaintiff's Counsel.

DATED: November 1, 2006

                                            BY THE COURT:

                                            S/John L. Kane
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT